SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 05-20[...]

DEFENDANT Wilfredo Robles                    JUDGE Middlebrooks

Deputy Clerk Angela Rodriguez                DATE 7/25/06

Court Reporter Kari Shives                   USPO _____

AUSA Andrea Hoffman                          Deft's Counsel Kirk Barlow

COUNTS DISMISSED _____
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment    Years    Months    Counts
                          63       two

Supervised Release  3 yrs

Probation       Years    Months    Counts

Comments: Motion for continuance denied
Substance abuse treatment & permissible
search
Govt to respond to motion for new trial

Assessment $ 100                Fine $ 10,000

Restitution /Other _____

### CUSTODY

[X] Remanded to the Custody of the U. S. Marshal Service

_____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: South Florida

215