UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20915-CR-MIDDLEBROOKS/GARBER

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                  WRIT OF HABEAS CORPUS
                                                AD TESTIFICANDUM

WILFREDO ROBLES (76299-004)

        Defendant.
_____

TO:    ANY UNITED STATES MARSHAL AND WARDEN
        FCI, COLEMAN LOW
        COLEMAN, FLORIDA 33521

It appearing to the Court that a hearing regarding the defendant ROBLES' Motion for Appointment of Counsel on Appeal is necessary, and defendant, **WILFREDO ROBLES (76299-004)** a material witness in the above-entitled case, is designated to be confined in **FCI, COLEMAN LOW,** and that the case is set for a hearing regarding the above matter before **Magistrate Judge Barry L. Garber, at the United States District Court, 99 N.E. Fourth Street, Miami, Florida 33132 on Friday, October 3, 2008 at 10:00 a.m.** and that it is necessary for the said witness to be before this Court for the purpose of giving testimony during said hearing;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said **WILFREDO ROBLES (76299-004)** now in custody as aforesaid, under safe and secure conduct, before this Court at **99 N.E. Fourth Street, Miami, Florida**

**33132 by or before Friday, October 3, 2008, at 10:00 a.m. ,** for the purpose of testifying in the above case, and upon completion of testimony that you return subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the **Warden,** to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said **WILFREDO ROBLES (76299-004)** for safe and secure conduct to this district for the purpose of aforesaid.

DONE and ORDERED in Chambers at Miami, Florida this 8th day of September, 2008.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Marshal (certified copy)
    Chief Probation Officer

Courtroom Deputy: (305) 523-5286

-2-